**Leo RITES, Plaintiff—Appellant,**

v.

**MARYLAND HOUSE OF CORREC-TION ANNEX; Warden, Defen-dants—Appellees.**

**No. 05–6479.**

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 28, 2005.

Decided Oct. 25, 2005.

Leo Rites, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Glenn William Bell, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Leo Rites appeals the district court's order denying his request for injunctive relief. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Rites v. Maryland House of Correction Annex,* No. CA–04–4030–1–AMD (D.Md. Mar. 11, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*